**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charlette Dufray JOHNSON,**
**a/k/a Charlotte Johnson,**
**Defendant–Appellant.**

**No. 12–7294.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 21, 2012.

Decided: Oct. 12, 2012.

Charlette Dufray Johnson, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlette Dufray Johnson seeks to appeal the denial of her motion to revise the presentence investigation report. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006). The order Johnson seeks to appeal is not an appealable order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*